B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF TENNESSEE

In re   Bradley T Piercy                    ,               Case No.   10-12148

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | Capital One, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
eCAST Settlement Corporation
c/o Bass & Associates, P.C.
3936 E Ft. Lowell, Suite 200
Tucson, AZ  85712

Phone:  (520) 577-1544 (Servicer)
Last Four Digits of Acct #:   3397

Court Claim # (if known):  9
Amount of Claim:  9269.54
Date Claim Filed:  10/14/2010

Phone:  (520) 577-1544 (Servicer)
Last Four Digits of Acct. #:  3397

Transferor Address:
Capital One, N.A.
c/o Bass & Associates, P.C.
3936 E Ft. Lowell, Suite 200
Tucson, AZ  85712

Name and Address where transferee payments should be sent (if different from above):
eCAST Settlement Corporation
PO Box 7247-6971
Philadelphia, PA  19170-6971

Phone:  (520) 577-1544 (Servicer)
Last Four Digits of Acct #:  3397

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Jaime Watkins                    Date:  4/17/2013
Transferee/Transferee's Agent

Authorized Representative
Bass & Associates, P.C.
3936 E Ft. Lowell Rd, Suite 200
Tucson, AZ  85712
(520) 577-1544
ecf@bass-associates.com

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*